**MINUTE ENTRY**
**KNOWLES, M.J.**
**SEPTEMBER 6, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE:  JEN MARINE, INC.**                                             **CIVIL ACTION**

                                                                                                    **NO. 04-2443**

                                                                                                    **SECTION "J" (3)**

   A Settlement Conference was conducted this date.

   Present:   W. Scarth Clark
              Michael L. McAlpine
              Ronnie Penton

   Following discussions among the parties, the above-captioned case has settled.  The U.S. District Judge's chambers have been notified.  Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

                                                    _Daniel E. Knowles, III_
                                                    **DANIEL E. KNOWLES, III**
                                                    **UNITED STATES MAGISTRATE JUDGE**

MJSTAR(2.30)